# ALABAMA COURT OF CRIMINAL APPEALS



March 7, 2025

**CR-2023-0712**
Henry Neal Ferguson III v. State of Alabama (Appeal from Talladega Circuit Court:
CC-87-229, CC-87-230, CC-87-231, and CC-87-232)

## NOTICE

You are hereby notified that on March 7, 2025, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk